[No. 20443-0-III. Division Three. April 16, 2002.]

JEANNE KIGHT, ET AL., *Appellants*, v. LYNN R. BARNETT, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Okanogan County, No. 00-2-00286-8, Jack Burchard, J., entered July 26, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Schultheis and Kurtz, JJ.

[No. 19336-5-III. Division Three. April 18, 2002.]

*In the Matter of the Marriage of* LAURIE JANE ROBILLARD, *Appellant*, and GARY ROLAND ROBILLARD, *Respondent*.

Appeal from a judgment of the Superior Court for Yakima County, No. 97-3-00467-8, James P. Hutton, J., entered April 17, 2000. *Affirmed* by unpublished opinion per Sweeney, J., concurred in by Schultheis and Kurtz, JJ.

[No. 19895-2-III. Division Three. April 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. PEGGY J. HAYDEN, *Appellant*.

Appeal from a judgment of the Superior Court for Asotin County, No. 00-1-00110-1, William D. Acey, J., entered January 10, 2001. *Affirmed* by unpublished opinion per Kurtz, J., concurred in by Sweeney and Schultheis, JJ.

[No. 19972-0-III. Division Three. April 18, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. JEFFREY EDWARD KRELL, *Appellant*.

Appeal from a judgment of the Superior Court for Spokane County, No. 00-1-02470-4, Kathleen M. O'Connor, J., entered January 30, 2001. *Affirmed* by unpublished opinion per Brown, C.J., concurred in by Sweeney and Kato, JJ.